**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 16-335** |
| | : | |
| **JEFFREY ROPER** | : | |

# ORDER

    **AND NOW**, this 15th day of March 2021, upon considering Defendant's Motion for compassionate release (ECF Doc. No. 39), counseled Supplement (ECF Doc. No. 48), the United States' Response (ECF Doc. No. 51), sealed medical records (ECF Doc. No. 52), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion for compassionate release (ECF Doc. Nos. 39, 48) is **DENIED** without prejudice.

_____
**KEARNEY, J.**